UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jose Apollo, Sr., )
)
       Plaintiff, )
) Case: 1:17-cv-00343 (F-Deck)
v. ) Assigned To : Unassigned
) Assign. Date : 2/27/2017
) Description: Pro Se Gen. Civil   Jury Demand
)
Henry F. Greene, )
)
       Defendant. )

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The Court will grant the application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2), which requires dismissal of a case "at any time" the court determines that the complaint seeks monetary relief against an immune defendant.

Plaintiff is a resident of Washington, D.C. He sues a judge of the Superior Court of the District of Columbia for alleged decisions he made as "the presiding Judge for [an] initial case hearing[.]" As relief, plaintiff seeks "to cure the Judicial Negligence, the Massive Conspiratorial Fraud, and the highly prejudicial numerous instances of Gross Deprivation of Due Process of the Law," as well as $300 billion in monetary damages. *Id.* at 17.

"Judges enjoy absolute judicial immunity from suits for money damages for all actions taken in [their] judicial capacity, unless [the] actions are taken in the complete absence of all jurisdiction." *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam) (citation omitted). Such "immunity is an immunity from suit, not just from ultimate assessment of damages." *Mireles v. Waco*, 502 U.S. 9, 11 (1991).

1

Plaintiff takes issue with Judge Greene's alleged failure to enter judgments against defendants who failed to appear and for alleged statement he made from the bench, but such actions fall squarely within the judicial function over which the respective court appears to have had jurisdiction. Therefore, defendant is absolutely immune from this lawsuit. A separate order of dismissal accompanies this Memorandum Opinion.

Date: February 22, 2017

_____
United States District Judge